

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00104-CV
_____

IN RE: TYSON FOODS, INC.

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Relator Tyson Foods, Inc., has filed a petition for writ of mandamus asking this Court to direct the County Court at Law of Panola County to vacate its order granting a motion for protection and quashing the deposition of Texas Department of Public Safety Officer Billy Wallace.

Wallace's deposition was noticed in connection with trial court cause number 2010-00477, which was scheduled for a jury trial on November 5. In connection with the instant petition, Tyson filed a motion to stay the trial on November 2 pending determination of the petition for writ of mandamus. On November 2, this Court overruled Tyson's motion to stay the trial.

The intervening resolution of trial court cause number 2010-00477 has rendered Tyson's petition for writ of mandamus moot.[1]

Accordingly, the petition for writ of mandamus is denied.


Jack Carter
Justice


Date Submitted:     November 15, 2012
Date Decided:      November 16, 2012

---

[1] The underlying lawsuit was resolved via mediation on November 5, 2012.